# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

160170

GARY HIXON,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160170
AGC: 18-2366

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.

      CAVANAGH, J., did not participate due to her prior service as a member of the Attorney Grievance Commission.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

a1216